# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTWON GRAHAM,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00001-JAD-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 11, 2025 at 11:00 a.m., be vacated and continued to March 3, 2025, at the hour of 10:00 a.m.

DATED this 10th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE