# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTWON GRAHAM<br><br>　　　　　Defendant. | Case No. 2: 25-cr-00001-JAD-EJY<br><br>**ORDER** |

　　　IT IS ORDERED that the Revocation Hearing currently scheduled for March 3, 2025, is hereby vacated and continued to March 17, 2025, at the hour of 10:00 a.m.

　　　DATED this 21st day of February, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE